UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CECELIA M. RAGLIN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:19-CV-05504-MAT<br><br><br><br><br><br>ORDER |

The judgment in the above-captioned case has been vacated. It is hereby ORDERED that the above-captioned case be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings consistent with the Supreme Court's decision in *Carr v. Saul*, 141 S. Ct. 1352 (2021). Upon remand from the court, Plaintiff will be given the opportunity for a new hearing before a properly appointed administrative law judge who has not already adjudicated this matter.

Judgment shall be entered for Plaintiff. Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); 28 U.S.C. § 1920.

DATED this 30th day of June, 2021.

MARY ALICE THEILER
United States Magistrate Judge

Page 1      ORDER - [3:19-CV-05504-MAT]